UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA GWINN,

    Plaintiff,

v.                                  CASE NO: 8:07-cv-1017-T-23MSS

UNITED STATES OF AMERICA et al.,

    Defendants.
_____/

## **ORDER**

Pursuant to a standing order of this court dated January 5, 1998, this matter was referred to the United States Magistrate Judge. Following the Magistrate Judge's November 5, 2007, report and recommendation (Doc. 4), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 4) is **ADOPTED**. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), the plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** and the plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on November 28, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE